**NORMANDY BEACH CLUB, INC.,** a New Jersey corporation, etc., v. **MILTON PROPERTIES, INC.,** a Florida corporation, et al.

14 So. (2nd) 200                                        June Term, 1943
June 22, 1943                                              Division B

*Hylan H. Kout,* for appellant.
*Shepard Broad,* and *Aaron M. Kanner,* for appellees.

PER CURIAM:
Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

**NAOMA KLOTE v. AUSTIN T. RACE and his wife, ANNA B. RACE**

14 So. (2nd) 267                                        June Term, 1943
June 25, 1943                                              Division B

*Thos. W. Bryant* and *E. Snow Martin,* for petitioner.
*Bentley & Shafer,* for respondents.

PER CURIAM:
This case is before us on petition for certiorari from an interlocutory order of the Circuit Court denying a motion to dismiss an amended bill of complaint. We have given careful consideration to the allegations of the bill and find that it states no equity entitling the plaintiffs to any relief against the defendant. Therefore certiorari is granted and the order of the Circuit Court is quashed with directions that the cause be dismissed.

It is ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.